Fill in this information to identify the case:

Debtor name  **DALTON LOGISTICS, INC.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **20-30902**

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/5/2020          X  /s/ Richard D. Meredith
                                   Signature of individual signing on behalf of debtor

                                   **Richard Meredith**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **DALTON LOGISTICS, INC.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **20-30902**

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor      Current value of debtor's interest

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4:   Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.

| Debtor | **DALTON LOGISTICS, INC.** | Case number *(If known)* **20-30902** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| Debtor | DALTON LOGISTICS, INC. | Case number (If known) | 20-30902 |
|---|---|---|---|
| | Name | | |

| | |
|---|---:|
| Judgment against Universal Truckload, Inc. in Civil Action No. 4:15-cv-01651; Universal Truckload, Inc. v. Dalton Logistics, Inc., et al; In the United States District Court, Southern District of Texas, Houston Division, entered on or about October 30, 2017 in the amount of $5.7 Million plus pre and post judgment interest. The gross amount owed with respect to this Judgment currently exceeds $6.5 Million. Lawrence Rothenberg and Beck Redden each claim an assignment of proceeds from this Judgment. The Debtor is currently reviewing relevant documentation to determine if valid assignments exist. If either alleged assignment is valid, then the applicable proceeds may not be property of the estate and the resulting amount listed herein would be reduced by the applicable claim amount listed on Schedule D. | $6,558,251.70 |
| Attorney Fees Claim against Universal Truckload, Inc. in Civil Action No. 4:15-cv-01651; Universal Truckload, Inc. v. Dalton Logistics, Inc., et al; In the United States District Court, Southern District of Texas, Houston Division and related Appeal and Interpleader | $178,825.00 |

| 78. | **Total of Part 11.** | **$6,737,076.70** |
|---|---|---:|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor  **DALTON LOGISTICS, INC.**     Case number *(If known)* **20-30902**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $6,737,076.70 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,737,076.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $6,737,076.70 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DALTON LOGISTICS, INC.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 20-30902 |

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Beck Redden**<br>Creditor's Name<br><br>**1221 McKinney St., Suite 4500**<br>**c/o Russell Post**<br>**Houston, TX 77010**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Lawrence S. Rothenberg**<br>**2. Beck Redden** | **Describe debtor's property that is subject to a lien**<br>**Judgment against Universal Truckload, Inc. in Civil Action No. 4:15-cv-01651; Universal Truckload, Inc. v. Dalton Logistics, Inc., et al; In the United States District Court, Southern District of Texas, Houston Division, entered on or about**<br><br>**Describe the lien**<br>**Contractual Lien/possible assignment**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$349,995.10** | **$6,558,251.70** |
| 2.2 | **Commerical Credit Group Inc.**<br>Creditor's Name<br><br>**2135 City Gate Lane, Suite 440**<br>**Naperville, IL 60563**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br>**Paid in Full/UCC Not Withdrawn**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>■ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | $0.00 | $0.00 |

| Debtor | **DALTON LOGISTICS, INC.** | Case number (if know) | **20-30902** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Internal Revenue Service - Houston** | Describe debtor's property that is subject to a lien | $70,545.80 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Insolvency Section
1919 Smith MAIL STOP HOU 5022
Houston, TX 77002**
Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Lawrence S. Rothenberg** | Describe debtor's property that is subject to a lien | $2,228,274.07 | $6,558,251.70 |
|---|---|---|---|---|

Creditor's Name

**9525 Katy Fwy
Suite 300
Houston, TX 77024**
Creditor's mailing address

**Judgment against Universal Truckload, Inc. in Civil Action No. 4:15-cv-01651; Universal Truckload, Inc. v. Dalton Logistics, Inc., et al; In the United States District Court, Southern District of Texas, Houston Division, entered on or about**

**Describe the lien**
**Contractual Lien/possible assignment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | DALTON LOGISTICS, INC. | Case number (if know) | 20-30902 |
|---|---|---|---|
| | Name | | |

**2.5** **Peoples United Equipment Finance Corp.**
Creditor's Name

c/o Robert Grawl, Jr.
1300 Post Oak Blvd., Suite 1300
Houston, TX 77056
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**      $1,590,549.62      $0.00
UCC Lien

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $4,239,364.59

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | Line __2.3__ | |
| **Peoples United Equipment Finance Corp.**<br>**Capitol Corporate Services, Inc.**<br>**206 E. 9th St., Suite 1300**<br>**Austin, TX 78701** | Line __2.5__ | |
| **Richard Kincheloe**<br>**United States Attorneys Office**<br>**1000 Louisiana**<br>**Suite 2300**<br>**Houston, TX 77002** | Line __2.3__ | |

**Fill in this information to identify the case:**

Debtor name: **DALTON LOGISTICS, INC.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): **20-30902**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Ally Bank**<br>**P. O. Box 38090**<br>**Minneapolis, MN 55438**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Potential Deficiency Claim**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$0.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**American Glass**<br>**3203 Division St. W**<br>**Bemidji, MN 56601**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$1,923.98** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Ameripride**<br>**1710 Valley St.**<br>**Minot, ND 58701**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$1,019.95** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**BCR Services**<br>**2724 109E Ave SW**<br>**Dickinson, ND 58601**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$63,180.00** |

Debtor **DALTON LOGISTICS, INC.**  Case number (if known) **20-30902**

---

**3.5** **Nonpriority creditor's name and mailing address**
**Brad's Electric**
1005 E Broadway
Dickinson, ND 58601

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

$2,189.41

---

**3.6** **Nonpriority creditor's name and mailing address**
**BrightDesign Homes, LLC**
Baggott & Davis, LLP
c/o Thad T. Davis
820 Richmond Avenue, Ste. B
Houston, TX 77006

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Foreign Judgment**

Is the claim subject to offset?  ■ No  ☐ Yes

$81,962.51

---

**3.7** **Nonpriority creditor's name and mailing address**
**Burke County**
P. O. Box 310
Bowbells, ND 58721

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trucking Permits**

Is the claim subject to offset?  ■ No  ☐ Yes

$5,107.50

---

**3.8** **Nonpriority creditor's name and mailing address**
**Carquest**
8131 Highway 2
Stanley, ND 58784

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

$15,383.52

---

**3.9** **Nonpriority creditor's name and mailing address**
**Catalyst Finance, L.P.**
P. O. Box 19589
Houston, TX 77224

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Paid In Full/UCC Expired**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.10** **Nonpriority creditor's name and mailing address**
**Chickasawhay**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

$2,653.00

---

**3.11** **Nonpriority creditor's name and mailing address**
**Circle Sanitation**
4700 46th Ave NWA
Minot, ND 58703

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

$686.04

---

Debtor **DALTON LOGISTICS, INC.**          Case number (if known) **20-30902**

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Civeo/PTI**<br>**3252 110-Z Avenue SW**<br>**Dickinson, ND 58601**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | **$103,271.40** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Clean Harbor**<br>**12400 247th Ave SE**<br>**Sawyer, ND 58781**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | **$19,363.31** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**D&T Trucking**<br>**UNKNOWN**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Services__<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Daily Express**<br>**1072 Harrisburg Pike**<br>**Carlisle, PA 17013**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Services__<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Dane Chemco**<br>**97 4th St. NW**<br>**South Heart, ND 58655**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | **$537.50** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Deans Distributing**<br>**1677 7th Ave NE**<br>**Barnesville, MN 56514**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,321.02** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Delta Rigging**<br>**4323 4th Ave W**<br>**Williston, ND 58801**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Parts and Services__<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,530.41** |

Debtor **DALTON LOGISTICS, INC.**      Case number (if known) **20-30902**
      Name

| | | |
|---|---|---|
| **3.19** | **Nonpriority creditor's name and mailing address**<br>**Dielco North, LLC**<br>**915 37th Ave E**<br>**Dickinson, ND 58601**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Crane Service**<br>Is the claim subject to offset? ■ No    ☐ Yes | **$226,958.10** |
| **3.20** | **Nonpriority creditor's name and mailing address**<br>**Dunn County**<br>**205 Owens Street**<br>**Manning, ND 58642**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Permits**<br>Is the claim subject to offset? ■ No    ☐ Yes | **$51,344.25** |
| **3.21** | **Nonpriority creditor's name and mailing address**<br>**Entrec**<br>**3193 Hwy 22 N**<br>**Dickinson, ND 58601**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Crane Service**<br>Is the claim subject to offset? ■ No    ☐ Yes | **$63,075.00** |
| **3.22** | **Nonpriority creditor's name and mailing address**<br>**Farmers Union Oil Company of Stanley**<br>**f/k/a Pinnacle Farmers Union**<br>**Hill Rivkin c/o Dana K. Martin**<br>**55 Waugh Drive, Suite 1200**<br>**Houston, TX 77007**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Judgment**<br>Is the claim subject to offset? ■ No    ☐ Yes | **$265,612.34** |
| **3.23** | **Nonpriority creditor's name and mailing address**<br>**Fleetpride Catco**<br>**1320 45th St N**<br>**Fargo, ND 58102**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No    ☐ Yes | **$6,814.42** |
| **3.24** | **Nonpriority creditor's name and mailing address**<br>**Four Seasons Equipment, Inc.**<br>**c/o Andrew P. McCormick**<br>**McCormick Landry Munoz PLLC**<br>**4950 Bissonnet St., Suite A**<br>**Bellaire, TX 77401**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Judgment**<br>Is the claim subject to offset? ■ No    ☐ Yes | **$150,000.00** |
| **3.25** | **Nonpriority creditor's name and mailing address**<br>**General Equipment**<br>**4082 2nd Avenue West**<br>**Williston, ND 58801**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No    ☐ Yes | **$2,390.60** |

Debtor **DALTON LOGISTICS, INC.** Case number (if known) 20-30902

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Harvie's Hotshot Service & Trucking, Inc**<br>**c/o Marc Lance Ellison**<br>**Totz Ellison Totz PC**<br>**2211 Norfolk, Suite 510**<br>**Houston, TX 77098**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Judgment__<br>Is the claim subject to offset? ■ No  ☐ Yes | **$87,965.88** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Helmerich & Payne, Inc.**<br>**c/o Christopher L. Evans**<br>**Adams and Reese LLP**<br>**1221 McKinney, Suite 4400**<br>**Houston, TX 77010**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Judgment__<br>Is the claim subject to offset? ■ No  ☐ Yes | **$200,000.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Hess Corporation**<br>**c/o Michael J. Mazzone**<br>**Haynes & Boone LLP**<br>**1221 McKinney St., Suite 2100**<br>**Houston, TX**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Judgment__<br>Is the claim subject to offset? ■ No  ☐ Yes | **$375,000.00** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**Insolvency Section**<br>**1919 Smith MAIL STOP HOU 5022**<br>**Houston, TX 77002**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** __Tax Lien__<br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,840.78** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Interstate Battery**<br>**901 E Main Ave**<br>**Bismarck, ND 58501**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** __Trade Debt__<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,088.15** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Interstate Power**<br>**3801 Commerce Dr**<br>**Bismarck, ND 58501**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** __Trade Debt__<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,257.45** |

Debtor  **DALTON LOGISTICS, INC.**  Case number (if known) **20-30902**
       Name

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Jack Robinson**<br>**200 Twin Lake Rd.**<br>**Grayson, LA 71435**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Indemnification on North Dakota Workforce claim and payment of Debtor's costs.**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $266,725.94 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Jack Robinson**<br>**200 Twin Lake Road**<br>**Grayson, LA 71435**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Attorney Fee Reimbursement**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,000.00 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**JK Field Services**<br>**467 Force Services**<br>**Gillette, WY 82716**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Trucking Service**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $61,264.64 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**JK Foods**<br>**110 West Broadway**<br>**Williston, ND 58801**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,401.40 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Jonah Trucking**<br>**Seyfarth Shaw LLP**<br>**c/o Emma C. Mata**<br>**700 Milam, Suite 1400**<br>**Houston, TX 77002**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Foreign Judgment**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $340,411.44 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Kohler Radios**<br>**14012 Front St. W**<br>**Williston, ND 58801**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $160.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Landstar Ranger, Inc.**<br>**13410 Sutton Park Drive South**<br>**Jacksonville, FL 32224**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Foreign Judgment**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $528,305.60 |

Debtor **DALTON LOGISTICS, INC.** Case number (if known) **20-30902**
      Name

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Mantek**<br>**2727 Chemsearch Blvd.**<br>**Irving, TX 75062**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Crane Service<br>Is the claim subject to offset? ■ No ☐ Yes     $7,706.07 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**MC Enterprises**<br>**5110 McMahon Estates Circle**<br>**West Fargo, ND 58078**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Trucking Service<br>Is the claim subject to offset? ■ No ☐ Yes     $14,530.41 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**McGladrey LLP**<br>**1330 Post Oak Blvd.**<br>**Suite 2400**<br>**Houston, TX 77056**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Legal Professional<br>Is the claim subject to offset? ■ No ☐ Yes     $61,740.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**McKenzie County**<br>**201 5th St., NW**<br>**Watford City, ND 58854**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Permits<br>Is the claim subject to offset? ■ No ☐ Yes     $439,148.95 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Meadowlark**<br>**935 Lake Elmo Rd.**<br>**Billings, MT 59105**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Trucking Service<br>Is the claim subject to offset? ■ No ☐ Yes     $77,420.00 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Mid South**<br>**3233 Hwy 80 W**<br>**Jackson, MS 39204**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Parts Trade<br>Is the claim subject to offset? ■ No ☐ Yes     $1,716.11 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Mountrail County**<br>**P. O. Box 69**<br>**Stanley, ND 58784**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Permits<br>Is the claim subject to offset? ■ No ☐ Yes     $120,556.00 |

| Debtor | DALTON LOGISTICS, INC. | Case number (if known) | 20-30902 |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address**<br>Mullen Crane<br>2720 I94 Business Loop E<br>Dickinson, ND 58601<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Crane Service<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $0.00 |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>Nabors Drilling USA, LP<br>c/o Anthony Frederick Sullivan<br>Petroleum Wholesale LP<br>8550 Technology Forest Pl<br>The Woodlands, TX 77381<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $0.00 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>NCSG Crane & Heavy Haul Services, Inc.<br>Currin Wuest Mielke Paul & Knapp, PLLC<br>c/o Charles S. Wuest<br>800 Rockmead Dr., Suite 220<br>Kingwood, TX 77339<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Judgment<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $447,907.95 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>ND Truck Wash<br>8139 61st NW<br>Stanley, ND 58784<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Trucking Service<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $1,556.00 |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>North Dakota Workforce & Insurance<br>1600 E Century Ave., Ste. 1<br>Bismarck, ND 58503<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** WSI Premiums and Related Charges<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $266,725.94 |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>Respond Systems<br>UNKNOWN<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $202.37 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>Richard D. Meredith<br>22857 Lantern Hills Dr.<br>Kingwood, TX 77339<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Indemnification on People's Judgment* and North Dakota Workforce claims and payment of Debtor's costs *No Less Than $871,985.66 as an indemnity claim.<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $2,002,190.13 |

Debtor **DALTON LOGISTICS, INC.**  
Name

Case number (if known) **20-30902**

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Rigging & Tools**<br>**2031 Lee Ave**<br>**Bismarck, ND 58504-6726**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $2,236.50 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Riley and Brandy Taylor a/n/f for Keanan**<br>**c/o Robert C. Hilliard**<br>**719 S. Shoreline Boulevard**<br>**Corpus Christi, TX 78401**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Judgment (Paid by Insurance)**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Riley and Brandy Taylor a/n/f for Kiya**<br>**c/o Robert C. Hilliard**<br>**719 S. Shoreline Boulevard**<br>**Corpus Christi, TX 78401**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Judgment (Paid by Insurance)**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Rodan Transport, Ltd.**<br>**5070 Bennett Industrial Dr**<br>**Williston, ND 58801**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trucking Service**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $7,781.00 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Royal Tire Co.**<br>**13676 57th St. NW**<br>**Williston, ND 58801**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade for Tires**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $19,375.88 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Sammons Trucking**<br>**3665 W Broadway Street**<br>**Missoula, MT 59808**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trucking Service**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $200,193.15 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Sheldon Welding**<br>**6571 Hwy 40**<br>**Tioga, ND 58852-9205**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Welding Service**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $3,652.91 |

Debtor **DALTON LOGISTICS, INC.** Case number (if known) 20-30902

| | | |
|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Stark County**<br>**51 3rd St. E**<br>**P. O. Box 130**<br>**Dickinson, ND 58602**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Permits**<br>Is the claim subject to offset? ■ No ☐ Yes | $40.00 |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Sterling Crane LLC**<br>**9351 Grant Street**<br>**Suite 250**<br>**Thornton, CO 80229**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Judgment**<br>Is the claim subject to offset? ■ No ☐ Yes | $137,500.00 |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Target Logistics**<br>**913 4th St. SW**<br>**Stanley, ND 58784**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $17,860.50 |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Tioga Mach Shop**<br>**6551 Highway 40**<br>**Tioga, ND 58852-0848**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $4,062.42 |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Transportation Trucking Trailer Solution**<br>**McGinnis Lochridge**<br>**c/o Christopher L. Halgren**<br>**609 Main St., Ste. 2800**<br>**Houston, TX 77002**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Judgment**<br>Is the claim subject to offset? ■ No ☐ Yes | $412,393.00 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Universal Truckload, Inc.**<br>**Lorance Thompson, P.C.**<br>**c/o Ryan T. Hand**<br>**2900 North Loop West, Ste. 500**<br>**Houston, TX 77092**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Cause Action No. 4:15-cv-01651**<br>Is the claim subject to offset? ■ No ☐ Yes | $213,631.83 |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Whites Welding**<br>**46005 S County Road 202**<br>**Woodward, OK 73801**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Welding Service**<br>Is the claim subject to offset? ■ No ☐ Yes | $950.00 |

| Debtor | DALTON LOGISTICS, INC. | Case number (if known) | 20-30902 |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Williams County<br>5218 141st Ave NW<br>P. O. Box 1305<br>Williston, ND 58802 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Permits** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brent S. Schafer**<br>**Schafer Law Firm, P.A.**<br>**991 Sibley Memorial Hwy, Suite 207**<br>**Lilydale, MN 55118** | Line **3.54**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Brent S. Schafer**<br>**Schafer Law Firm, P.A.**<br>**991 Sibley Memorial Hwy, Suite 207**<br>**Lilydale, MN 55118** | Line **3.55**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Erich Grant**<br>**McGee Hankla & Backes, P.C.**<br>**2400 Burdick Expy E, Suite 100**<br>**P. O. Box 998**<br>**Minot, ND 58702-0998** | Line **3.50**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Farmers Union Oil Company of Stanley**<br>**f/k/a Pinnacle Farmers Union**<br>**214 12th Ave SE**<br>**Stanley, ND 58784** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Harvie's Hotshot Service & Trucking, Inc**<br>**32 Corrigeux Rd.**<br>**c/o Andrew D. Harvie**<br>**Cut Bank, MT 59427** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Helmerich & Payne, Inc.**<br>**Corporation Service Co.**<br>**CSC Lawyers Inc. Serv. Co.**<br>**211 E. 7th St., Suite 620**<br>**Austin, TX 78701** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Hess Corporation**<br>**CT Corporation System**<br>**1999 Bryan St., Suite 900**<br>**Dallas, TX 75201** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |

| Debtor | DALTON LOGISTICS, INC. | Case number (if known) | 20-30902 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | Landstar Ranger, Inc.<br>Henry Oddo Austin & Fletcher<br>c/o Vic Houston Henry<br>1700 Pacific Ave., Suite 2700<br>Dallas, TX 75201 | Line **3.38**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | Landstar Ranger, Inc.<br>CT Corporation System<br>1999 Bryan St., Suite 900<br>Dallas, TX 75201 | Line **3.38**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Mellany L. McDonald<br>Guardian Ad Litem for Taylor Children<br>Law Office of Mellany L. McDonald PLLC<br>11601 Shadow Creek Pkwy, Suite 111-233<br>Pearland, TX 77585 | Line **3.54**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | Mellany L. McDonald<br>Guardian Ad Litem for Taylor Children<br>Law Office of Mellany L. McDonald PLLC<br>11601 Shadow Creek Pkwy, Suite 111-233<br>Pearland, TX 77585 | Line **3.55**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | NCSG Crane & Heavy Haul Services, Inc.<br>CT Corporation System<br>1999 Bryan St., Suite 900<br>Dallas, TX 75201 | Line **3.48**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | Sterling Crane<br>Corporation Service Co.<br>Lawyers Incorporating Serv. Co.<br>211 E. 7th St., Suite 620<br>Austin, TX 78701 | Line **3.61**<br>☐ Not listed. Explain ____ | _ |

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 7,425,822.66 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 7,425,822.66 |