MOR-1

**UNITED STATES BANKRUPTCY COURT**

CASE NAME: DALTON LOGISTICS, INC.
CASE NUMBER: 20-30902
PROPOSED PLAN DATE: 6/2/2020

PETITION DATE: 2/3/2020 0:00
DISTRICT OF TEXAS: Southern
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH

February 3-29, 2020

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

**REQUIRED INSURANCE MAINTAINED**
AS OF SIGNATURE DATE                  EXP. N/A
                                       DATE

| | | |
|---|---|---|
| CASUALTY | YES ( ) NO ( ) | ___-___-___ |
| LIABILITY | YES ( ) NO ( ) | ___-___-___ |
| VEHICLE | YES ( ) NO ( ) | ___-___-___ |
| WORKER'S | YES ( ) NO ( ) | ___-___-___ |
| OTHER | YES ( ) NO ( ) | ___-___-___ |

CIRCLE ONE

Are all accounts receivable being collected within terms?  Yes  No  (N/A)
Are all post-petition liabilities, including taxes, being paid within terms?  Yes  No  (N/A)
Have any pre-petition liabilities been paid?  Yes  (No)
If so, describe _____
Are all funds received being deposited into DIP bank accounts?  Yes  No  (N/A)
Were any assets disposed of outside the normal course of business?  Yes  (No)
If so, describe _____
Are all U.S. Trustee Quarterly Fee Payments current?  (Yes)  No
What is the status of your Plan of Reorganization?  A plan has not been filed.

ATTORNEY NAME: Deirdre Carey Brown
FIRM NAME: Hoover Slovacek LLP
ADDRESS: Galleria Tower II
5051 Westheimer, 12th Floor
CITY, STATE, ZIP: Houston, TX 77046
TELEPHONE FAX: (713) 977-8686

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X *Richard D Meredith*  TITLE: President
(ORIGINAL SIGNATURE)
RICHARD D. MEREDITH
(PRINT NAME OF SIGNATORY)       DATE  3-12-20

MOR-1

CASE NAME: DALTON LOGISTICS, INC.
CASE NUMBER: 20-30902

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 2/3/2020 0:00 | MONTH 2/29/2020 0:00 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 0.00 | 0.00 | | | | | |
| Accounts Receivable, Net | 0.00 | 0.00 | | | | | |
| Inventory: Lower of Cost or Market | 0.00 | 0.00 | | | | | |
| Prepaid Expenses | 0.00 | 0.00 | | | | | |
| Investments | 0.00 | 0.00 | | | | | |
| Other | 0.00 | 0.00 | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 0.00 | 0.00 | | | | | |
| Less Accumulated Depreciation | 0.00 | 0.00 | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | | | | | |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | | | | | |
| 3. Electric Deposit | 0.00 | 0.00 | | | | | |
| 4. | | 0.00 | | | | | |
| TOTAL ASSETS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98

CASE NAME: DALTON LOGISTICS, INC.
CASE NUMBER: 20-30902

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 2/3/2020 0:00 | MONTH 2/29/2020 0:00 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0.00 | 0.00 | | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 0.00 | 0.00 | | | | | |
| Priority Debt | 0.00 | 0.00 | | | | | |
| Federal Income Tax | 0.00 | 0.00 | | | | | |
| FICA/Withholding | 0.00 | 0.00 | | | | | |
| Unsecured Debt | 0.00 | 0.00 | | | | | |
| Other | 0.00 | 0.00 | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | | | | | |
| COMMON STOCK | 0.00 | 0.00 | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 0.00 | 0.00 | | | | | |
| RETAINED EARNINGS: Filing Date | 0.00 | 0.00 | | | | | |
| RETAINED EARNINGS: Post Filing Date | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-3**                                                                                                    *Revised 07/01/98*

CASE NAME: DALTON LOGISTICS, INC.
CASE NUMBER: 20-30902

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH 2/29/2020 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | 0.00 | | | | | |
|   State Payroll Taxes | 0.00 | | | | | |
|   Ad Valorem Taxes | 0.00 | | | | | |
|   Other Taxes | 0.00 | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 0.00 | | | | | |
| ACCRUED INTEREST PAYABLE | 0.00 | | | | | |
| ACCRUED PROFESSIONAL FEES* | 0.00 | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**\*Payment requires Court Approval**

MOR-4

*Revised 07/01/98*

CASE NAME: DALTON LOGISTICS, INC.
CASE NUMBER: 20-30902

## AGING OF POST-PETITION LIABILITIES
MONTH _____

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 07/01/98*

CASE NAME: DALTON LOGISTICS, INC.
CASE NUMBER: 20-30902

## STATEMENT OF INCOME (LOSS)

| | MONTH 2/29/2020 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0.00 | | | | | | 0.00 |
| TOTAL COST OF REVENUES | 0.00 | | | | | | 0.00 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | 0.00 | | | | | | 0.00 |
| General & Administrative | 0.00 | | | | | | 0.00 |
| Insiders Compensation | 0.00 | | | | | | 0.00 |
| Professional Fees | 0.00 | | | | | | 0.00 |
| Other | 0.00 | | | | | | 0.00 |
| Other | 0.00 | | | | | | 0.00 |
| **TOTAL OPERATING EXPENSES** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEREST EXPENSE | 0.00 | | | | | | 0.00 |
| DEPRECIATION | 0.00 | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | 0.00 | | | | | | 0.00 |
| OTHER ITEMS** | 0.00 | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL INCOME TAXES | 0.00 | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**                                                                                          *Revised 07/01/98*

CASE NAME: DALTON LOGISTICS, INC.
CASE NUMBER: 20-30902

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2/3/2020-2/29/2020 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | 0.00 | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | | | | | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6. OTHER (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | 0.00 | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | 0.00 | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 0.00 | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | 0.00 | | | | | | 0.00 |
| 12. INSURANCE | 0.00 | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | 0.00 | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | 0.00 | | | | | | 0.00 |
| 18. OTHER (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | 0.00 | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | 0.00 | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Applies to Individual debtors only

**MOR-7**     \*\*Numbers for the current month should balance (match)     *Revised 07/01/98*
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

CASE NAME: DALTON LOGISTICS, INC.
CASE NUMBER: 20-30902

## CASH ACCOUNT RECONCILIATION
### MONTH OF February 3-29, 2020

| BANK NAME | N/A | N/A | N/A | N/A | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # | # | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| OUTSTANDING CHECKS | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| RECEIPTS* | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME: DALTON LOGISTICS, INC.
CASE NUMBER: 20-30902

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Feb-20 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | 0.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. HooverSlovacek, LLP | 0.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*